UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLIE JONES, et al., | Case No.: 11-CV-3470-YGR |
| Plaintiffs, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |
| LANELL MONIQUE JONES, | Case No.: 11-CV-4725-YGR |
| Plaintiff, | |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants | |

Based upon the parties' Joint Case Management Statement, filed January 27, 2012, the Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 3, 2012, at 2:00 p.m. |
| REFERRED TO ADR for Mediation to occur by | June 1, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | November 15, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: January 2, 2013 |
| | Rebuttal: January 16, 2013 |
| EXPERT DISCOVERY CUTOFF: | January 30, 2013 |
| DISPOSITIVE MOTIONS[1] to be heard by: | December 4, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 9, 2013 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, February 22, 2013, at 9:00 a.m. |
| TRIAL DATE: | Monday, March 11, 2013, at 8:30 a.m. |
| | (Jury Trial) |
| TRIAL LENGTH: | 7 days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

January 31, 2012

_____
Yvonne Gonzalez Rogers
United States District Judge

cc: ADR