1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                          **NORTHERN DISTRICT OF CALIFORNIA**

6

7

8

9

10   **NELLIE JONES,** *et al.***,**                    **Case No.: 11-CV-3470 YGR**

11          **Plaintiffs,**                              **ORDER TO SHOW CAUSE; CONTINUING CASE**
                                                         **MANAGEMENT CONFERENCE**
12          **vs.**

13   **CITY OF OAKLAND,** *et al.***,**

14          **Defendants.**

15

16          On January 31, 2012, the Court set this matter for a case management conference on

17   December 3, 2012.  This Court's Local Rules provide that "[u]nless otherwise ordered, no fewer than

18   7 days before any subsequent case management conference, the parties must file a *Joint* Case

19   Management Statement, reporting progress or changes since the last statement was filed and making

20   proposals for the remainder of the case development process."  Civil L.R. 16-10(c) (emphasis added).

21          The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to

22   timely file a Joint Case Management Statement.

23          A hearing on this Order to Show Cause will be held on **Monday, December 17, 2012,** at 2:00

24   p.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

25          By no later than **Monday, December 3, 2012**, the parties must file a joint case management

26   statement, which includes a statement that they have reviewed the Local Rules with respect to their

27   responsibilities and a written response to this Order to Show Cause why they should not be

28   sanctioned for their failure to timely file a joint case management statement.  Lead trial counsel must

United States District Court
Northern District of California

1   personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be

2   permitted.  Failure to file a joint statement, written response or to appear personally will be deemed

3   an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

4           The parties are also directed to include in their response to the Order to Show Cause a

5   statement verifying that they have read this Court's Standing Order in Civil Cases and its Pretrial

6   Setting Instructions Order, both of which are available on the Court's website at

7   http://cand.uscourts.gov/ygrorders.

8           The Case Management Conference set for Monday, December 3, 2012, is **CONTINUED** to

9   **Monday, December 17, 2012**.

10          **IT IS SO ORDERED.**

11   Date: November 28, 2012

12                                                              **YVONNE GONZALEZ ROGERS**
                                                        **UNITED STATES DISTRICT COURT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California