UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NELLIE JONES**, *et al.,*<br>　　　　Plaintiffs,<br>　　vs.<br>**CITY OF OAKLAND**, *et al.,*<br>　　　　Defendants. | Case No.: 11-CV-3470-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING RE: FILING OF PETITION FOR MINOR'S COMPROMISE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding Plaintiff's filing of a Petition for Minor's Compromise shall be held on **Friday, September 27, 2013,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) the Petition for Minor's Compromise, or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: August 20, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**