UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NELLIE JONES**, *et al.,* <br> Plaintiffs, <br> vs. <br> **CITY OF OAKLAND**, *et al.,* <br> Defendants. | Case No.: 11-CV-3470-YGR <br><br> **ORDER RE: SECOND CONTINUANCE OF COMPLIANCE HEARING FOR FILING OF AMENDED PETITION FOR MINOR'S COMPROMISE** |

The Court is in receipt of Plaintiffs' Administrative Motion to File Under Seal the Second Amended Petition to Appoint GAL and Compromise Minor's Claim. (Dkt. No. 42.) While Plaintiffs have addressed some of the Court's concerns as detailed in the Court's Order of September 25, 2013, the Petition is still missing a breakdown of the costs and expenses represented by the $8,000 figure cited in the Petition.

The compliance hearing currently set for Friday, October 11, 2013, is **CONTINUED** to **October 25, 2013,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

Five (5) business days prior to the date of the continued compliance hearing, Plaintiffs shall file a supplemental declaration detailing the actual costs incurred and providing evidence of any agreement regarding division of those costs between Plaintiffs. If compliance is satisfactory, Plaintiffs need not appear and the compliance hearing will be taken off calendar. Telephonic appearances may be allowed if the parties have submitted a written statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: October 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**