UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NELLIE JONES**, *et al.,* | Case No.: 11-CV-3470-YGR |
| Plaintiffs, | **ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** |
| vs. | REDACTED VERSION |
| **CITY OF OAKLAND**, *et al.,* | |
| Defendants. | |

The Court having considered the petition of Camelia Menciu, as Guardian Ad Litem of D███ S█████ J█████, a minor, ("Minor Plaintiff") to compromise the claim of Minor Plaintiff and to deposit funds in a blocked account or blocked accounts, and good cause appearing, the Court Orders as follows:

1. Money that belongs to D███ S█████ J█████ shall be deposited in an interest-bearing, federally insured blocked account or accounts.

2. Each account shall indicate the name of the minor who owns the account.

3. The total amount authorized for deposit, including any accrued interest, is: **$97,250.00.**

4. The blocked account or accounts belong to Minor Plaintiff. Minor Plaintiff was born on ███████████.

5. No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under the order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

**IT IS SO ORDERED.**

Dated: October 23, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT

2