UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NELLIE JONES**, *et al.,* | Case No.: 11-CV-3470-YGR |
| Plaintiffs, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| **CITY OF OAKLAND**, *et al.,* | |
| Defendants. | |

Pursuant to the parties' Settlement Agreement, the Request of Plaintiff (Dkt. No. 36), and this Court's Order Granting the Petition to Compromise Minor's Claim for Minor Plaintiff D.S.J., by and through her guardian ad litem, Camelia Menciu, the Court hereby **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

This Order terminates Dkt. No. 36. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**